Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| KELLY J GOLDEN, | Case No. 2-15-bk-11449-PS |
| and | **TRUSTEE'S RECOMMENDATION ON MOTION FOR A MORATORIUM** |
| CYNTHIA L GOLDEN, | (05-29-17) |
| Debtors. | |

The Trustee has reviewed the Motion filed on January 19, 2017. Trustee notes the following problems, which must be resolved before recommending confirmation of the Plan:

(1) The motion fails to specify how many months are needed. Debtors provided copies of medical invoices which amounted to $2,421.30. This comes to about eight months of payments at the current amount of $300.00.

(2) Plan payments are current, so Debtors are to notify the Trustee if they still need the moratorium.

(3) Due to the best interest of creditors amount (see the order confirming plan), overall plan funding would have to be increased by $2,400.00 to make up for the missed payments.

(4) Trustee requests a copy of the 2016 federal and state income tax returns, along with all attachments, forms, schedules and statements.

SUMMARY: Pursuant to Local Rule 2084-10, by **May 29, 2017**, Debtors are to provide copies of their filed 2016 income tax returns to the Trustee and notify the Trustee is they still request the moratorium, or the Trustee could lodge a dismissal order. If the case proceeds, the Trustee will prepare a proposed order for the Debtors to sign.

Russell Brown
2017.04.27
16:55:39 -07'00'

Copy mailed or emailed to:

Kelly J Golden
Cynthia L Golden
19831 North 90th Lane
Peoria, AZ 85382
Skelgolden@hotmail.com

- 2 -